**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7724**

MANUEL A. MARIN,

        Plaintiff - Appellant,

     v.

RANDALL WILLIAMS, Warden of Lieber Correctional Institute; LIEUTENANT GRANT, Lieutenant at Lieber Correctional Institute; MAJOR CLARK, Major of Lieber Correctional Institute; RHU UNIT MANAGER/CAPTAIN; MS. BIRCH,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Donald C. Coggins, Jr., District Judge. (2:19-cv-01270-DCC)

Submitted: May 25, 2021                  Decided: May 28, 2021

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Manuel A. Marin, Appellant Pro Se. Gordon Wade Cooper, BUYCK, SANDERS & SIMMONS, LLC, Mt. Pleasant, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Manuel A. Marin appeals the district court's order affirming the magistrate judge's order denying Marin's motion to amend and the court's subsequent order accepting the recommendation of the magistrate judge and granting summary judgment in favor of Appellees on Marin's 42 U.S.C. § 1983 complaint.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Marin's informal brief does not specifically challenge the basis for the district court's disposition, he has forfeited appellate review of the court's orders.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's orders.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*